IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
   v.                       )      2:21-cr-00190-MHT
                            )            (WO)
MELODIE DONNE ARMER         )
CHEATHAM                    )
```

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on defendant Melodie Donne Armer Cheatham's motion for early termination of supervised release. The supervising probation officer and the government have each informed the court that they do not oppose the motion. Cheatham has completed approximately one year and seven months of her three years of supervised release, during which time she has been fully compliant with the terms of supervision. She obtained full reinstatement of her teacher certification and has been employed as a teacher in the Montgomery Public School System for over a year. She has also gone beyond the minimum requirements of supervised release. For example, she reportedly volunteers with multiple community-based organizations,

donates to the Carver High School band, and even earned the Teacher of the Year award for the 2024-2025 school year for increasing reading scores at her school by 30 %. In short, Cheatham has demonstrated exemplary reintegration and community commitment and is well positioned to avoid criminal involvement in the future. For all these reasons, the court finds that the motion for early termination should be granted.

***

Accordingly, it is ORDERED that the motion for early termination of supervised release (Doc. 1344) is granted; defendant Melodie Donne Armer Cheatham's supervised release is terminated; and defendant Cheatham is discharged.

DONE, this the 12th day of November, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE